1228

sideration or decision of this case. 

No. 87–1027. RESTER v. TEXAS, 484 U. S. 1052;
No. 87–1250. BICOY v. HAWAII, 485 U. S. 962;
No. 87–1503. SHIPPS v. STOUGHTON POLICE DEPARTMENT
ET AL., 485 U. S. 1017;
No. 87–1526. CHRISTENSEN v. UTAH STATE TAX COMMISSION,
485 U. S. 1030;
No. 87–1679. RIVERA v. FRANK, POSTMASTER GENERAL OF
THE UNITED STATES, ET AL., 486 U. S. 1009;
No. 87–6287. BROWN v. LOUISIANA, 486 U. S. 1017;
No. 87–6521. QUALMAN v. UNITED STATES ET AL., 486 U. S.
1024;
No. 87–6616. IN RE MARTIN, 486 U. S. 1004;
No. 87–6622. IN RE MARTIN, 486 U. S. 1004; and
No. 87–6648. MAY v. WARNER AMEX CABLE COMMUNICA-
TIONS ET AL., 486 U. S. 1011. Petitions for rehearing denied.

JUNE 30, 1988

No. 87–1750. IRR v. KENTUCKY. Appeal from Ct. App. Ky.
dismissed for want of jurisdiction. Treating the papers whereon
the appeal was taken as a petition for writ of certiorari, certiorari
denied.

No. 87–1884. KING v. KAPLAN ET AL. Appeal from C. A. 9th
Cir. dismissed for want of jurisdiction. Treating the papers
whereon the appeal was taken as a petition for writ of certiorari,
certiorari denied. 

No. 87–1866. EAVES ET AL. v. HARRIS, GOVERNOR OF GEOR-
GIA, ET AL. Appeal from Sup. Ct. Ga. dismissed for want of sub-
stantial federal question. 

No. 87–6363. CASTILLO v. TEXAS. Appeal from Ct. Crim.
App. Tex. dismissed for want of jurisdiction. Treating the pa-
pers whereon the appeal was taken as a petition for writ of certio-
rari, certiorari denied.